UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                                            :

UNITED STATES OF AMERICA            **ORDER**

        - v. -                        S2 14 Cr. 623 (DLC)

ALBERT SHINDER,

                 Defendant.

------------------------------x

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Kevin N. Fox on May 21, 2015;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
            May 22, 2015

                                                                     _____
                                                                   HONORABLE DENISE L. COTE
                                                                   UNITED STATES DISTRICT JUDGE